Vicci S. LANCASTER, Plaintiff—Appellant,

v.

DELTA AIR LINES, INCORPORATED, Defendant—Appellee.

No. 04–1091.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2004.

Decided: July 26, 2004.

Robert A. Swick, Emily L. Mutterperl, Alexandria, Virginia, for Appellant.

Jonathan R. Mook, Dimuro, Ginsberg & Mook, P.C., Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vicci S. Lancaster, a 52–year old Caucasian female and former employee of Delta Air Lines, Inc., served as a Team Leader, responsible for supervising gate and ticket agents. Following a lengthy history of complaints, and several negative reviews from Delta management, Lancaster was suspended, and ultimately demoted. Lancaster filed the instant Title VII action

against Delta, alleging that her suspension and demotion were motivated by discrimination on the basis of age, race, and gender, in violation of Title VII, as amended, 42 U.S.C. §§ 2000e to 20003–17 (2000), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621–634 (2000).

We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*